| | |
|---|---|
| 1 | Robert P. Latham (*Pro Hac Vice to be filed*) (blatham@jw.com) |
| 2 | John M. Jackson (*Pro Hac Vice to be filed*) (jjackson@jw.com) |
|   | Sara K. Borrelli (*Pro Hac Vice to be filed*) (sborrelli@jw.com) |
| 3 | JACKSON WALKER L.L.P. |
|   | 901 Main Street, Suite 6000 |
| 4 | Dallas, Texas 75202 |
|   | Telephone: (214) 953-6000 |
| 5 | Facsimile: (214) 953-5822 |

Robert P. Latham (*Pro Hac Vice to be filed*) (blatham@jw.com)
John M. Jackson (*Pro Hac Vice to be filed*) (jjackson@jw.com)
Sara K. Borrelli (*Pro Hac Vice to be filed*) (sborrelli@jw.com)
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

Attorneys for Defendants
Carl B. Collins and Farzin Davanloo

Scott D. Baskin, P.C. (84283) (sbaskin@irell.com)
David C. McPhie (231520) (dmcphie@irell.com)
Cathy Moses (254791) (cmoses@irell.com)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Plaintiffs
Western Digital Technologies, Inc. and
Hitachi Global Storage Technologies, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., a Delaware corporation, and HITACHI GLOBAL STORAGE TECHNOLOGIES, INC. a Delaware corporation<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, a Texas entity; CARL B. COLLINS, an individual; and FARZIN DAVANLOO, an individual<br><br>Defendants. | Case No. 4:10-cv-03595-SBA<br><br>**STIPULATION ENLARGING THE TIME FOR DEFENDANTS CARL B. COLLINS AND FARZIN DAVANLOO TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, Defendants CARL B. COLLINS and FARZIN DAVANLOO ("DEFENDANTS"), by and through their counsel, and Plaintiffs WESTERN DIGITAL TECHNOLOGIES, INC. and HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., by and through their counsel, hereby stipulate to extend the time in which DEFENDANTS must answer or otherwise respond to Plaintiffs' Complaint until, and including **October 26, 2010**.

Defendants do not believe that the extension of time for it to answer or otherwise respond to the Complaint will alter the date of any event or any deadline already fixed by Court order.

By: */s/ David C. McPhie*
Scott D. Baskin, P.C.
David C. McPhie
Cathy Moses
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Plaintiffs WESTERN DIGITAL TECHNOLOGIES, INC. and HITACHI GLOBAL STORAGE TECHNOLOGIES, INC.

By: */s/ John M. Jackson*
Robert P. Latham
John M. Jackson
Sara Borrelli
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

Attorneys for Defendants CARL B. COLLINS and FARZIN DAVANLOO

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 9/28/10

_____
The Honorable Saundra B. Armstrong
United States District Court Judge